IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UCHECHI AMUNEKE-NZE a/k/a ESTHER, | § § § § | |
| Plaintiff, | § § | |
| V. | § | 1:23-cv-334-DII |
| | § § | |
| GREGORY RAVE, KELLIE JURICEK, and RUBEN MORIN, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiff's Original Complaint, filed March 28, 2023, (Dkt. 1). (R. & R., Dkt. 9). The Court's Order dismissed without prejudice Plaintiff's action under Federal Rule of Procedure 41(b).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on July 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE